IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. **06-30045-WDS** |
| | ) |
| **JONATHON LUCAS,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendant's Motion for Leave to Travel to Tennessee. **(Doc. 11).**

Defendant seeks to have his bond modified to permit him to travel to Tennessee for the purpose of taking his sons on a fishing trip.

Defendant represents that his probation officer has no objection to the trip. The Court has ascertained that the United States Attorney also has no objection.

It is therefore ordered, for good cause shown, that defendant's Motion for Leave to Travel to Tennessee **(Doc. 11)** is **GRANTED**, and defendant's bond is modified as follows:

Defendant is permitted to travel to Tennessee during the period from April 11, 2006, to April 13, 2006.

**IT IS SO ORDERED.**

**DATED:** April 10, 2006.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**